MARC G. HYNES, CA State Bar #49048
ATKINSON·FARASYN, LLP
660 West Dana Street
Post Office Box 279
Mountain View, CA 94042
Telephone: (650) 967-6941
Facsimile: (650) 967-1395

Attorneys for Plaintiffs PRESTON AVERY
and LOIS AVERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON AVERY and LOIS AVERY, individually and as Trustees of the Avery Family Revocable Trust of July14, 2000,<br><br>　　Plaintiffs<br><br>v.<br><br>COUNTY OF SANTA CLARA; JIM LANZ, Program Manager, Code Enforcement, Santa Clara County; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　Defendants.<br>_____/ | Case No. C-11-04456 LHK<br><br>**STIPULATION AND ORDER** |

Plaintiffs, PRESTON AVERY and LOIS AVERY, individually and as Trustees of the Avery Family Revocable Trust of July 14, 2000 ("Plaintiffs") through their counsel Marc G. Hynes, Esq., and defendants, COUNTY OF SANTA CLARA and JIM LANZ ("Defendants") through their counsel Neysa A. Fligor, Esq., stipulate that no Alternative Dispute Resolution proceedings will be required in this case.

Dated: April 6, 2012.　　　　　/s/_____
　　　　　　　　　　　　　　　MARC G. HYNES, ESQ., Counsel for Plaintiffs

Dated: April ___, 2012.　　　　/s/_____
　　　　　　　　　　　　　　　NEYSA FLIGOR, ESQ., Counsel for Defendants

1

## ORDER

BASED UPON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING IT IS ORDERED that no further Alternative Dispute Resolution proceedings will be required in this case.

Date: June 11, 2012

_Lucy H. Koh_
UNITED STATES JUDGE

2

STIPULATION AND ORDER
Preston Avery, et al., v County of Santa Clara, et al. Case No. C-11-04456 LHK