UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRESTON AVERY, ET AL., ) | Case No.: 11-CV-04456-LHK |
| ) | |
| Plaintiffs, ) | ORDER VACATING HEARING DATE |
| v. ) | ON PLAINTIFF'S MOTION FOR |
| ) | SUMMARY JUDGMENT AND |
| COUNTY OF SANTA CLARA, ET AL., ) | VACATING CASE MANAGEMENT |
| ) | CONFERENCE |
| Defendants. ) | |
| ) | |
| ) | |

Pursuant to Civil Local Rule 7–1(b), the Court finds Plaintiff's Motion for Summary Judgment (ECF No. 27) appropriate for determination without oral argument. Accordingly, the hearing on the motion set for September 27, 2012, is hereby VACATED. The case management conference set for the same date is VACATED as well.

**IT IS SO ORDERED.**

Dated: September 25, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-04456
ORDER VACATING HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND VACATING CASE MANAGEMENT CONFERENCE