UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRESTON AVERY, ET AL.,<br><br>                Plaintiffs,<br>v.<br><br>COUNTY OF SANTA CLARA, ET AL.,<br><br>                Defendants. | Case No.: 11-CV-04456-LHK<br><br>ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER |

The parties have filed a Stipulation and (Proposed) Order to Modify Scheduling Order Deadlines. ECF No. 55. The parties note that, in light of the December 17, 2012 trial date and the November 14, 2012 pretrial conference date, the following pretrial deadlines are approaching: (1) meet and confer (October 26, 2012); (2) pretrial conference statements, motions in limine, and exhibits (October 31, 2012); and (3) voir dire and jury instructions (November 7, 2012). *Id.* The parties request that these dates be extended because the Court has not yet ruled on Defendants' Motion for Summary Judgment. *Id.* The parties also request that the trial date be continued from December 17, 2012 to February 11, 2012. *Id.*

The Court will rule on Defendants' Motion for Summary Judgment shortly. In the meantime, the Court ORDERS:

1. The deadline to meet and confer shall be extended to November 1, 2012;
2. The deadline for the parties to file their pretrial conference statements, motions in limine, and exhibits shall be extended to November 6, 2012;

1

Case No.: 11-CV-4456-LHK
ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER

3. The deadline for the parties to file their voire dire and jury instructions shall be extended to November 13, 2012;

4. The parties' pretrial conference shall be CONTINUED to November 20, 2012 at 3:30 p.m.

**IT IS SO ORDERED.**

Dated: October 25, 2012



_____
LUCY H. KOH
United States District Judge

2
Case No.: 11-CV-4456-LHK
ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER