UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PRESTON AVERY, ET AL., | ) | Case No.: 11-CV-04456-LHK |
| Plaintiffs, | ) | |
| v. | ) | ORDER MODIFYING SCHEDULING ORDER |
| COUNTY OF SANTA CLARA, ET AL., | ) | |
| Defendants. | ) | |

The Court hereby ORDERS that the case schedule be amended as follows:

1. The deadline to meet and confer shall be extended to November 14, 2012;

2. The deadline for the parties to file their pretrial conference statements, motions in limine, and exhibits shall be extended to November 21, 2012;

3. The deadline for the parties to file their voir dire and jury instructions shall be extended to November 28, 2012;

4. The parties' pretrial conference shall be CONTINUED to December 5, 2012 at 2:00 p.m.;

5. The December 17, 2012 trial date remains the same.

**IT IS SO ORDERED.**

Dated: October 31, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-4456-LHK
ORDER MODIFYING SCHEDULING ORDER